IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK D. PENTECOST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:12-cv-00154 ) Judge Nixon ) Magistrate Judge Brown |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Pending before the Court is Plaintiff Mark D. Pentecost's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with a Memorandum in Support (Doc. No. 13). Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 18.) Plaintiff then filed a Reply. (Doc. No. 19.) Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report"), recommending the Motion be denied. (Doc. No. 20.) The Report was entered on June 4, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 30.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 30 day of July, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT